DARIN W. SNYDER (SB #136003)
dsnyder@omm.com
BILL TRAC (SB #281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: 415 984 8700
Facsimile: 415 984 8701

Attorneys for Defendant
JADOO TV, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JADOO TV, INC.,<br><br>Defendant. | Case No. 5:18-cv-05214-EJD<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Jadoo TV, Inc. ("Jadoo"), by and through its undersigned attorneys, responds to Plaintiffs DISH Technologies L.L.C. and Sling TV L.L.C.'s (collectively "Plaintiffs") Complaint (the "Complaint") as follows:

## THE PARTIES

1. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and on that basis denies each and every allegation contained therein.

2. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and on that basis denies each and every allegation contained therein.

3. Jadoo admits that it is a corporation existing existing under the laws of the State of California, with its principal place of business at 5880 West Las Positas Boulevard Suite 37, Pleasanton, California 94588. Jadoo admits it operates as a distributor of internet-based South Asian media content.

## JURISDICTION AND VENUE

4. Jadoo admits that Plaintiffs purport to bring a patent infringement action pursuant to Title 35 of the United States Code. Jadoo admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 4.

5. Jadoo admits that this Court has personal jurisdiction over Jadoo. Jadoo admits that it does business in this District. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 5.

6. Jadoo admits that, for purposes of this case only, venue is proper in the Northern District of California under 28 U.S.C. §§ 1391(c) and 1400(b). Jadoo admits it is incorporated in California. Jadoo admits that it transacts business in this judicial district. Jadoo admits that its principle place of business is at 5880 W.

Las Positas Blvd., Suite 37, Pleasanton, California, 94588. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 6.

## THE ABS PATENTS

7. Jadoo admits that on its face, U.S. Patent No. 7,818,444 (the "'444 Patent") indicates that it is titled "Apparatus, system, and method for multi-bitrate content streaming" and was issued by the United States Patent and Trademark Office on October 19, 2010. Jadoo also admits that a copy of the '444 Patent was attached to the Complaint as Exhibit A. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 7.

8. Jadoo admits that on its face, U.S. Patent No. 8,402,156 (the "'156 Patent") indicates that it is titled "Apparatus, system, and method for multi-bitrate content streaming" and was issued by the United States Patent and Trademark Office on March 19, 2013. Jadoo also admits that a copy of the '156 Patent was attached to the Complaint as Exhibit B. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 8.

9. Jadoo admits that on its face, U.S. Patent No. 9,071,668 (the "'668 Patent") indicates that it is titled "Apparatus, system, and method for multi-bitrate content streaming" and was issued by the United States Patent and Trademark Office on June 30, 2015. Jadoo also admits that a copy of the '668 Patent was attached to the Complaint as Exhibit C. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 9.

10. Jadoo admits that on its face, U.S. Patent No. 9,407,564 (the "'564 Patent") indicates that it is titled "Apparatus, system, and method for adaptive-rate shifting of streaming content" and was issued by the United States Patent and Trademark Office on August 2, 2016. Jadoo also admits that a copy of the '564 Patent was attached to the Complaint as Exhibit D. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 10.

11. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and on that basis denies each and every allegation contained therein.

12. Jadoo denies each and every allegation of Paragraph 12.

## BACKGROUND OF THE DISPUTE

## MOVE IS A PIONEER OF ADAPTIVE BITRATE TECHNOLOGY

13. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations of the unnumbered subheading above and on that basis denies each and every allegation contained therein. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and on that basis denies each and every allegation contained therein.

14. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and on that basis denies each and every allegation contained therein.

15. Jadoo admits that at column 1, lines 49-53, the '668 Patent specification states: "they tend to want to see or hear the media files instantaneously"; "Streaming offers the advantage of immediate access to the content but currently sacrifices quality compared with downloading a file of the same content." Jadoo admits that at column 2, lines 39-41, the '668 Patent specification states: "a need exists for an apparatus, system, and method that alleviate the problems of reliability, efficiency and latency." Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 15.

16. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and on that basis denies each and every allegation contained therein.

17. Jadoo admits that at column 2, lines 37-44, the '668 Patent specification states: "a need exists for an apparatus, system, and method that

alleviate the problems of reliability, efficiency, and latency"; "Additionally, such an apparatus, system, and method would offer instantaneous viewing along with the ability to fast forward, rewind, direct seek, and browse multiple streams." Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 17.

18. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and on that basis denies each and every allegation contained therein.

19. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis denies each and every allegation contained therein.

20. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis denies each and every allegation contained therein.

## ABS PATENTS SELL FOR $45 MILLION

21. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations of the unnumbered subheading above and on that basis denies each and every allegation contained therein. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis denies each and every allegation contained therein.

22. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis denies each and every allegation contained therein.

## DISH'S USE OF THE ABS PATENTS

23. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies each and every allegation contained therein.

24. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies each and every allegation contained therein.

25. Jadoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies each and every allegation contained therein.

**JADOO'S PRODUCTS AND SERVICES INFRINGE THE ABS PATENTS**

26. Jadoo denies each and every allegation of the unnumbered subheading above. Jadoo denies each and every allegation of Paragraph 26.

27. Jadoo admits that it is a distributor of internet-based South Asian media content. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 27.

28. Jadoo admits that it employs features and accessories to stream live and on-demand content, including television, movies, and music from India, Pakistan, Bangladesh, Afghanistan, Nepal, and the Middle East. Jadoo admits that users of the Jadoo5s and Jadoo4 have access to over 1,000 live streaming channels, over 3,000 movies, and over 1,000,000 hours of web-based video-on-demand content. Jadoo admits that the screenshot provided in Paragraph 28 of the Complaint appears similar to the user interface for a Jadoo4 device. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 28.

## (ALLEGED) CLAIMS FOR RELIEF

**COUNT I: (ALLEGED) INFRINGEMENT OF U.S. PATENT NO. 7,818,444**

**(ALLEGED) DIRECT INFRINGEMENT**

29. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 29.

30. Jadoo admits that the block quote included in Paragraph 30 includes the same text of Claim 24 of the '444 Patent. Jadoo admits that Exhibit G to the

Complaint includes a claim chart. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 30, including the allegation that Jadoo's Accused Products infringe any valid claim of the '444 Patent as alleged in Exhibit G to the Complaint.

31. Jadoo admits that Jadoo possesses knowledge of, and is aware of, the '444 Patent. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 31.

32. Jadoo denies each and every allegation set forth in Paragraph 32.

33. Jadoo denies each and every allegation set forth in Paragraph 33.

34. Jadoo denies each and every allegation set forth in Paragraph 34.

35. Jadoo denies each and every allegation set forth in Paragraph 35.

36. Jadoo denies each and every allegation set forth in Paragraph 36.

**(ALLEGED) INDIRECT INFRINGEMENT BY INDUCEMENT**

37. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 37.

38. Jadoo denies each and every allegation set forth in Paragraph 38.

39. Jadoo denies each and every allegation set forth in Paragraph 39.

40. Jadoo denies each and every allegation set forth in Paragraph 40.

41. Jadoo denies each and every allegation set forth in Paragraph 41.

42. Jadoo denies each and every allegation set forth in Paragraph 42.

43. Jadoo denies each and every allegation set forth in Paragraph 43.

44. Jadoo denies each and every allegation set forth in Paragraph 44.

45. Jadoo denies each and every allegation set forth in Paragraph 45.

46. Jadoo denies each and every allegation set forth in Paragraph 46.

47. Jadoo denies each and every allegation set forth in Paragraph 47.

# (ALLEGED) INDIRECT INFRINGEMENT
# BY CONTRIBUTORY INFRINGEMENT

48. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 48.

49. Jadoo denies each and every allegation set forth in Paragraph 49.

50. Jadoo denies each and every allegation set forth in Paragraph 50.

51. Jadoo denies each and every allegation set forth in Paragraph 51.

52. Jadoo denies each and every allegation set forth in Paragraph 52.

53. Jadoo denies each and every allegation set forth in Paragraph 53.

54. Jadoo denies each and every allegation set forth in Paragraph 54.

55. Jadoo denies each and every allegation set forth in Paragraph 55.

56. Jadoo denies each and every allegation set forth in Paragraph 56.

# **COUNT II: (ALLEGED) INFRINGEMENT OF U.S. PATENT NO. 8,402,156**
# (ALLEGED) DIRECT INFRINGEMENT

57. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 57.

58. Jadoo admits that the block quote included in Paragraph 58 includes the same text of Claim 15 of the '156 Patent. Jadoo admits that Exhibit H to the Complaint includes a claim chart. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 58, including the allegation that Jadoo's Accused Products infringe any valid claim of the '156 Patent as alleged in Exhibit H to the Complaint.

59. Jadoo admits that Jadoo possesses knowledge of, and is aware of, the '156 Patent. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 59.

60. Jadoo denies each and every allegation set forth in Paragraph 60.

61. Jadoo denies each and every allegation set forth in Paragraph 61.

62. Jadoo denies each and every allegation set forth in Paragraph 62.

63. Jadoo denies each and every allegation set forth in Paragraph 63.

64. Jadoo denies each and every allegation set forth in Paragraph 64.

### (ALLEGED) INDIRECT INFRINGEMENT BY INDUCEMENT

65. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 65.

66. Jadoo denies each and every allegation set forth in Paragraph 66.

67. Jadoo denies each and every allegation set forth in Paragraph 67.

68. Jadoo denies each and every allegation set forth in Paragraph 68.

69. Jadoo denies each and every allegation set forth in Paragraph 69.

70. Jadoo denies each and every allegation set forth in Paragraph 70.

71. Jadoo denies each and every allegation set forth in Paragraph 71.

72. Jadoo denies each and every allegation set forth in Paragraph 72.

73. Jadoo denies each and every allegation set forth in Paragraph 73.

74. Jadoo denies each and every allegation set forth in Paragraph 74.

### (ALLEGED) INDIRECT INFRINGEMENT BY CONTRIBUTORY INFRINGEMENT

75. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 75.

76. Jadoo denies each and every allegation set forth in Paragraph 76.

77. Jadoo denies each and every allegation set forth in Paragraph 77.

78. Jadoo denies each and every allegation set forth in Paragraph 78.

79. Jadoo denies each and every allegation set forth in Paragraph 79.

80. Jadoo denies each and every allegation set forth in Paragraph 80.

81. Jadoo denies each and every allegation set forth in Paragraph 81.

82. Jadoo denies each and every allegation set forth in Paragraph 82.

83. Jadoo denies each and every allegation set forth in Paragraph 83.

## COUNT III: (ALLEGED) INFRINGEMENT OF U.S. PATENT NO. 9,071,668

### (ALLEGED) DIRECT INFRINGEMENT

84. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 84.

85. Jadoo admits that the block quote included in Paragraph 85 includes the same text of Claim 16 of the '668 Patent. Jadoo admits that Exhibit I to the Complaint includes a claim chart. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 58, including the allegation that Jadoo's Accused Products infringe any valid claim of the '668 Patent as alleged in Exhibit I to the Complaint.

86. Jadoo admits that Jadoo possesses knowledge of, and is aware of, the '668 Patent. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 86.

87. Jadoo denies each and every allegation set forth in Paragraph 87.

88. Jadoo denies each and every allegation set forth in Paragraph 88.

89. Jadoo denies each and every allegation set forth in Paragraph 89.

90. Jadoo denies each and every allegation set forth in Paragraph 90.

91. Jadoo denies each and every allegation set forth in Paragraph 91.

### (ALLEGED) INDIRECT INFRINGEMENT BY INDUCEMENT

92. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 92.

93. Jadoo denies each and every allegation set forth in Paragraph 93.

94. Jadoo denies each and every allegation set forth in Paragraph 94.

95. Jadoo denies each and every allegation set forth in Paragraph 95.

96. Jadoo denies each and every allegation set forth in Paragraph 96.

97. Jadoo denies each and every allegation set forth in Paragraph 97.

98. Jadoo denies each and every allegation set forth in Paragraph 98.

99. Jadoo denies each and every allegation set forth in Paragraph 99.

100. Jadoo denies each and every allegation set forth in Paragraph 100.

101. Jadoo denies each and every allegation set forth in Paragraph 101.

102. Jadoo denies each and every allegation set forth in Paragraph 102.

## (ALLEGED) INDIRECT INFRINGEMENT BY CONTRIBUTORY INFRINGEMENT

103. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 103.

104. Jadoo denies each and every allegation set forth in Paragraph 104.

105. Jadoo denies each and every allegation set forth in Paragraph 105.

106. Jadoo denies each and every allegation set forth in Paragraph 106.

107. Jadoo denies each and every allegation set forth in Paragraph 107.

108. Jadoo denies each and every allegation set forth in Paragraph 108.

109. Jadoo denies each and every allegation set forth in Paragraph 109.

110. Jadoo denies each and every allegation set forth in Paragraph 110.

111. Jadoo denies each and every allegation set forth in Paragraph 111.

## COUNT IV: (ALLEGED) INFRINGEMENT OF U.S. PATENT NO. 9,407,564

## (ALLEGED) DIRECT INFRINGEMENT

112. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 112.

113. Jadoo admits that the block quote included in Paragraph 113 includes the same text of Claim 8 of the '564 Patent. Jadoo admits that Exhibit J to the Complaint includes a claim chart. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 113, including the allegation that Jadoo's Accused Products infringe any valid claim of the '564 Patent as alleged in Exhibit J to the Complaint.

114. Jadoo admits that Jadoo possesses knowledge of, and is aware of, the '564 Patent. Except as expressly admitted herein, Jadoo denies each and every allegation set forth in Paragraph 114.

| | |
|---|---|
| 1 | 115. Jadoo denies each and every allegation set forth in Paragraph 115. |
| 2 | 116. Jadoo denies each and every allegation set forth in Paragraph 116. |
| 3 | 117. Jadoo denies each and every allegation set forth in Paragraph 117. |
| 4 | 118. Jadoo denies each and every allegation set forth in Paragraph 118. |
| 5 | 119. Jadoo denies each and every allegation set forth in Paragraph 119. |

### (ALLEGED) INDIRECT INFRINGEMENT BY INDUCEMENT

120. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 120.

121. Jadoo denies each and every allegation set forth in Paragraph 121.
122. Jadoo denies each and every allegation set forth in Paragraph 122.
123. Jadoo denies each and every allegation set forth in Paragraph 123.
124. Jadoo denies each and every allegation set forth in Paragraph 124.
125. Jadoo denies each and every allegation set forth in Paragraph 125.
126. Jadoo denies each and every allegation set forth in Paragraph 126.
127. Jadoo denies each and every allegation set forth in Paragraph 127.
128. Jadoo denies each and every allegation set forth in Paragraph 128.
129. Jadoo denies each and every allegation set forth in Paragraph 129.
130. Jadoo denies each and every allegation set forth in Paragraph 130.

### (ALLEGED) INDIRECT INFRINGEMENT BY CONTRIBUTORY INFRINGEMENT

131. Jadoo incorporates by reference all prior paragraphs of this Answer in response to Paragraph 131.

132. Jadoo denies each and every allegation set forth in Paragraph 132.
133. Jadoo denies each and every allegation set forth in Paragraph 133.
134. Jadoo denies each and every allegation set forth in Paragraph 134.
135. Jadoo denies each and every allegation set forth in Paragraph 135.
136. Jadoo denies each and every allegation set forth in Paragraph 136.
137. Jadoo denies each and every allegation set forth in Paragraph 137.

138. Jadoo denies each and every allegation set forth in Paragraph 138.

139. Jadoo denies each and every allegation set forth in Paragraph 139.

## JURY DEMAND

140. Plaintiffs' "Jury Demand" is not a factual allegation, and Jadoo accordingly is not required to provide a response.

## PRAYER FOR RELIEF

141. In response to Plaintiffs' prayer for relief, Jadoo denies each and every allegation contained therein and, further, Jadoo specifically denies that Plaintiffs are entitled to any of the relief requested in the Complaint; specifically denies that Plaintiffs are entitled to an adjudication that Jadoo has infringed the ABS Patents, directly, jointly, and/or indirectly by way of inducing and/or contributing to the infringement of the ABS Patents; specifically denies that Plaintiffs are entitled to any injunctive relief; specifically denies that Plaintiffs have been damaged by any acts of Jadoo in any way or that Plaintiffs are entitled to any award of damages, costs, expenses, or interest; specifically denies that Plaintiffs are entitled to enhanced damages or treble damages; and specifically denies that this case is "exceptional" or that Plaintiff is entitled to attorneys' fees.

## AFFIRMATIVE DEFENSES OF DEFENDANT JADOO TV, INC.

142. Jadoo alleges the following as separate and affirmative defenses to the Complaint. By virtue of having listed the following defenses, Jadoo does not assume any legal or factual burden not otherwise assigned to it under the law.

## FIRST AFFIRMATIVE DEFENSE

143. Jadoo has not engaged in any acts that would constitute direct or indirect infringement of any valid claim of any the Asserted Patents, either literally or under the doctrine of equivalents, willfully or otherwise.

**SECOND AFFIRMATIVE DEFENSE**

144. The claims of the Asserted Patents are invalid and/or unenforceable for failure to satisfy the conditions of patentability set forth in 35 U.S.C. §§ 101 et seq., including at least sections 101, 102, 103, 112, and 116.

**THIRD AFFIRMATIVE DEFENSE**

145. Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, laches, and/or estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

146. The Complaint fails to state a cause of action on which relief may be granted.

**FIFTH AFFIRMATIVE DEFENSE**

147. Plaintiffs are barred, under the doctrine of prosecution history estoppel, from construing the claims of the Asserted Patents in such a way as may cover any of Jadoo's products or processes by reasons of statements made to the United States Patent and Trademark Office during the prosecution of the applications that led to the issuance of the Asserted Patents.

**SIXTH AFFIRMATIVE DEFENSE**

148. On information and belief, Plaintiffs' claims are barred, in whole or in part, because Plaintiffs do not possess all rights in the Asserted Patents and therefore lacks standing to bring suit.

**SEVENTH AFFIRMATIVE DEFENSE**

149. On information and belief, Plaintiffs; claims are barred, in whole or in part, because Plaintiffs failed to join the owner or owners of one or more of the Asserted Patents.

**EIGHTH AFFIRMATIVE DEFENSE**

150. Plaintiff's right to seek damages is limited by statute because it may not recover money damages for any alleged infringement committed more than six years before the filing of its Complaint under of 35 U.S.C. § 286.

## NINTH AFFIRMATIVE DEFENSE

151. Plaintiffs are precluded from recovering attorneys' fees associated with this action under 35 U.S.C. § 285 or costs associated with this action under 35 U.S.C. § 288.

## TENTH AFFIRMATIVE DEFENSE

152. Plaintiffs' claims for relief are barred by the doctrines of exhaustion, first sale, license, implied license, full compensation, or restrictions against double recovery.

## ELEVENTH AFFIRMATIVE DEFENSE

153. To the extent that Plaintiffs' claims are directed to acts occurring outside the United States, those claims for relief are barred or limited by the doctrine of territoriality by 35 U.S.C. § 271 et seq., including but not limited to § 271(a) and (c).

## TWELFTH AFFIRMATIVE DEFENSE

154. Plaintiffs' claims are barred in whole or in part from recovering damages due to a failure by the owner and/or licensee of the Asserted Patents to mark relevant products as required by 35 U.S.C. § 287.

## RESERVATION OF ADDITIONAL DEFENSES

155. Jadoo reserves the right to assert additional defenses that it learns of through discovery in this action.

## JADOO'S PRAYER FOR RELIEF

156. Jadoo seeks the following relief:

   a. A judgment that Jadoo has not infringed any of the Asserted patents;

   b. A judgment that the Asserted Patents are invalid and/or unenforceable against Jadoo;

   c. A judgment declaring this case exceptional under 35 U.S.C. § 285 and awarding Jadoo its attorneys' fees and prejudgment interest,

ANSWER TO COMPLAINT
5:18-CV-05214-EJD

and an award to Jadoo of all of its costs of this action; and

d. Such other relief as the Court shall deem just and proper.

### JADOO'S DEMAND FOR A JURY TRIAL

157. Jadoo demands a trial by jury on all issues so triable.

Dated: November 1, 2018        O'MELVENY & MYERS LLP

By:     */s/ Darin W. Snyder*
               Darin W. Snyder

Attorneys for Defendant
Jadoo TV, Inc.