1  DARIN W. SNYDER (CA S.B. #136003)
   dsnyder@omm.com
2  BILL TRAC (CA S.B. #281437)
   btrac@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for Defendant
   JADOO TV, INC.
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C.,<br><br>PlaintiffS,<br><br>v.<br><br>JADOO TV, INC.<br><br>Defendant. | Case No. 5:18-CV-05214-EJD<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Jadoo TV, Inc. ("Jadoo") discloses the following: Jadoo TV, Inc. is a wholly-owned subsidiary of CloudStream Media Inc. and is not publicly traded.  CloudStream Media Inc. does not have a parent corporation, is not publicly traded, and no publicly held corporation owns more than 10% of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Jadoo, certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding (as owners of more than 10% of Jadoo or CloudStream Media Inc.'s stock) or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- CloudStream Media Inc.
- Sajid Sohail
- Intel Capital Corporation
- Rainbow Enterprise LLC

Dated:  November 1, 2018         O'MELVENY & MYERS LLP

By:   */s/ Darin W. Snyder*
         Darin W. Snyder

Attorneys for Defendant
Jadoo TV, Inc.