**BAKER BOTTS L.L.P.**
G. Hopkins Guy, III (SBN 124811)
hop.guy@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

Ali Dhanani (pro hac vice)
ali.dhanani@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1108
Facsimile: 713.229.2808

Jamie R. Lynn (pro hac vice)
jamie.lynn@bakerbotts.com
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

*Attorneys for Plaintiffs, DISH
TECHNOLOGIES L.L.C. AND SLING T.V.
L.L.C.*

**O'MELVENY & MYERS LLP**
Darin W. Snyder (SBN 136003)
dsnyder@omm.com
Bill Trac (SBN 281437)
btrac@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant, JADOO TV, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> JADOO TV, INC. <br><br> Defendant. | Case No. 5:18-cv-05214 - EJD <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING STAY OF PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on January 30, 2019, Plaintiffs DISH Technologies L.L.C and Sling TV L.L.C. ("Plaintiffs") and Jadoo TV, Inc. ("Defendant") participated in a mediation;

WHEREAS, at the mediation, the parties desired to investigate options for resolving and settling this case without further litigation;

WHEREAS, on February 1, the parties filed a joint stipulation requesting the Court to stay the current case management deadlines to allow for settlement discussions [Dkt. No. 31];

WHEREAS, on February 4, the Court ordered the current case management deadlines stayed for 60 days and the parties to file either a dismissal or a joint statement on or before March 31, 2019 regarding the status of settlement discussions [Dkt. No. 32];

WHEREAS, the parties are continuing to make progress towards resolving and settling this case without further litigation, and Jadoo made confidential information available to DISH, which DISH is reviewing;

WHEREAS, the parties need to further discuss the impact of the production to the issues in the litigation, including whether any additional production is needed, to potentially resolve and settle this case without further litigation;

Now, therefore, pursuant to the Court's February 4 order [Dkt. No. 32], the parties jointly request the court extend the stay of proceedings for sixty (60) days to continue discussions regarding potential options for resolving the case and, to the extent the parties have not reached a resolution at the end of the extended stay, the parties submit a revised proposed scheduling order for consideration by the Court on or before May 29, 2019.

**IT IS SO STIPULATED.**

Dated:  March 29, 2019                                          Respectfully submitted,

/s/ G. Hopkins Guy, III                                        /s/ Darin W. Snyder

**BAKER BOTTS L.L.P.**                                          **O'MELVENY & MYERS LLP**
G. Hopkins Guy, III (SBN 124811)                               Darin W. Snyder (SBN 136003)
hop.guy@bakerbotts.com                                         dsnyder@omm.com
1001 Page Mill Road                                            Bill Trac (SBN 281437)
Building One, Suite 200                                        btrac@omm.com

Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

Ali Dhanani (pro hac vice)
ali.dhanani@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1108
Facsimile: 713.229.2808

Jamie R. Lynn (pro hac vice)
jamie.lynn@bakerbotts.com
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

*Attorneys for Plaintiffs, DISH TECHNOLOGY L.L.C AND SLING TV L.L.C.*

Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant, JADOO TV, INC.*

**IT IS SO ORDERED.**

Dated:   April 1, 2019

EDWARD J. DAVILA
United States District Judge

STIP. AND [PROPOSED] ORDER
EXTENDING STAY PENDING
SETTLEMENT DISCUSSIONS
CASE NO. 18-CV-05214 - EJD

## ATTESTATION OF FILING

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I, Darin Snyder, hereby attest that concurrence in the filing has been obtained from counsel with conformed signatures above.

/s/ Darin W. Snyder
Darin W. Snyder

STIP. AND [PROPOSED] ORDER
EXTENDING STAY PENDING
SETTLEMENT DISCUSSIONS
CASE NO. 18-CV-05214 - EJD