**BAKER BOTTS L.L.P.**
G. Hopkins Guy, III (SBN 124811)
hop.guy@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

Ali Dhanani (*pro hac vice*)
ali.dhanani@bakerbotts.com
Jennifer Carter (*pro hac vice*)
Jennifer.carter@bakerbotts.com
910 Louisiana Street
Houston, TX 77002
Telephone: 281.250.2294
Facsimile: 713.229.2808

Jamie R. Lynn (*pro hac vice*)
jamie.lynn@bakerbotts.com
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C. | Case No. 5:18-cv-05214 - EJD |
| Plaintiffs, | STATUS REPORT |
| v. | |
| JADOO TV, INC., | |
| Defendant. | |

# STATUS REPORT

Plaintiffs report[1] that on May 31, 2019, Defendant, Jadoo TV, Inc. filed a voluntary petition for relief in the United States Bankruptcy Court for the Northern District of California under Chapter 11 of Title 11 of the United States Code administered under Case No. 19-41283. Thus, this case is stayed under 11 U.S.C § 362(a).

Dated: July 31, 2019

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Ali Dhanani*
Ali Dhanani

*Attorneys for Plaintiffs,
DISH TECHNOLOGIES L.L.C.
AND SLING TV L.L.C.*

---

[1] On July 16, 2019, Defendants filed a Notice of Substitution of Counsel substituting Mark Punzalan of Chan Punzalan LLP. (D.I. 40.) Plaintiffs reached out to substitute counsel today to file this status report jointly but did not receive a response.