**BAKER BOTTS L.L.P.**
G. Hopkins Guy, III (SBN 124811)
hop.guy@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

Ali Dhanani (*pro hac vice*)
ali.dhanani@bakerbotts.com
Jennifer Carter (*pro hac vice*)
Jennifer.carter@bakerbotts.com
910 Louisiana Street
Houston, TX 77002
Telephone: 281.250.2294
Facsimile: 713.229.2808

Jamie R. Lynn (*pro hac vice*)
jamie.lynn@bakerbotts.com
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.639.7700
Facsimile: 202.639.7890

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. AND SLING TV L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>JADOO TV, INC.,<br><br>Defendant. | Case No. 5:18-cv-05214 - EJD<br><br>SUPPLEMENTAL STATUS REPORT |

## **SUPPLEMENTAL STATUS REPORT**

On August 12, 2019, the Court ordered Plaintiffs to file and serve an Updated Joint Status Report addressing whether Plaintiffs intend to seek relief from the automatic stay and how that will impact the schedule for the lawsuit.

Plaintiffs do not intend to seek relief from the automatic stay in this Court at this time, but may do so in the next 90 days. Plaintiffs will be mediating with Jadoo TV, Inc. for the pending copyright suit against Jadoo TV, Inc. in the Central District of California (Case No. 2:18-CV-09768) within the next 90 days. As to this case, Plaintiffs have made repeated proposals to Jadoo TV, Inc. to resolve the injunctive relief issues, but have yet to receive a viable offer from Jadoo TV, Inc. Plaintiffs will continue to evaluate their position on seeking to lift the automatic stay and can update the Court with a supplemental status report regarding this issue at the Court's convenience.

Dated: November 12, 2019                    Respectfully submitted,

                                            BAKER BOTTS L.L.P.


                                            By:  /s/ Ali Dhanani
                                                 Ali Dhanani


                                            *Attorneys for Plaintiffs,*
                                            *DISH TECHNOLOGIES L.L.C.*
                                            *AND SLING TV L.L.C.*

SUPPLEMENTAL STATUS REPORT
CASE NO. 5:18-CV-05214 - EJD