UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DISH TECHNOLOGIES L.L.C., et al.,

           Plaintiffs,

     v.

JADOO TV, INC.,

           Defendant.

Case No.  5:18-cv-05214-EJD

**ORDER CONTINUING STATUS CONFERENCE**

      Based upon the updated information provided in the Status Report (Dkt. No. 46), the status conference scheduled for November 21, 2019 is continued to February 27, 2020 at 10:00 a.m.  No later February 17, 2012, Plaintiff shall file and serve an updated Status report.

      **IT IS SO ORDERED.**

Dated:  November 12, 2019

_____
EDWARD J. DAVILA
United States District Judge