United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DISH TECHNOLOGIES L.L.C., et al.,

Plaintiffs,

v.

JADOO TV, INC.,

Defendant.

Case No. 5:18-cv-05214-EJD

**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE THE FILE**

On February 17, 2020, Plaintiffs filed a supplemental status report (Dkt. No. 48) in which they represented that they do not intend to seek relief from the automatic stay for this action at this time. Therefore, the Clerk of Court is directed to administratively close the file.

**IT IS SO ORDERED.**

Dated: February 20, 2020

EDWARD J. DAVILA
United States District Judge