UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C., et al.,<br>               Plaintiffs,<br>   v.<br>JADOO TV, INC.,<br>               Defendant. | Case No. 5:18-cv-05214-EJD<br><br>**PATENT SCHEDULING ORDER**<br>Re: Dkt. No. 52 |

    This case is scheduled for a case management conference on July 30, 2020. Based on the parties' Joint Case Management Statement, the court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the July 30, 2020 Case Management Conference is VACATED, and

    IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

    IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Invalidity Contentions<br>(see Patent L.R. 3-3, 3-4, and 3-5)<br>*≈45 days after the Infringement Contentions* | September 15, 2020 |

| | |
|---|---|
| Exchange of Proposed Terms for Construction (see Patent L.R. 4-1) ≈*14 days after Invalidity Contentions* | October 13, 2020 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (see Patent L-R 4-2) ≈*21 days after Proposed Terms for Construction* | November 3, 2020 |
| Damages Contentions (see Patent L.R. 3-8) ≈*50 days after the Invalidity Contentions* | November 10, 2020 |
| Joint Claim Construction and Prehearing Statement (see Patent L.R. 4-3) ≈*60 days after the Invalidity Contentions* | November 20, 2020 |
| Joint Case Management Statement for Interim Conference *(The Statement shall, among other things, update the court on the parties' readiness for the Markman hearing)* | December 1, 2020 |
| Interim Case Management Conference | December 10, 2020 at 10 a.m. |
| Responsive Damages Contentions (see Patent L.R. 3-9) ≈*30 days after the Damages Contentions* | January 12, 2021 |
| Completion of Claim Construction Discovery (see Patent L.R. 4-4) ≈*30 days after the Joint Claim Construction and Prehearing Statement* | January 26, 2021 |
| Opening Claim Construction Brief (see Patent L.R. 4-5(a)) ≈*45 days after the Joint Claim Construction and Prehearing Statement* | February 16, 2021 |
| Responsive Claim Construction Brief (see Patent L.R. 4-5(b)) ≈*14 days after Opening Brief* | March 9, 2021 |
| Reply Claim Construction Brief (see Patent L.R. 4-5(c)) ≈*7 days after Responsive Brief* | March 23, 2021 |
| Case Tutorial (see Standing Order for Patent Cases) | 2:00 p.m. on April 15, 2021 (30 minutes per side) |

2

Case No.: 5:18-cv-05214-EJD
PATENT SCHEDULING ORDER

| Claim Construction Hearing (see Patent L.R. 4-6 and Standing Order for Patent Cases) | Following Tutorial |
|---|---|
| Advice of Counsel (see Patent L.R. 3-7) | 30 days after Claim Construction Order |
| Fact Discovery Cutoff | To be set after Interim Case Management Conference |
| Joint Trial Setting Conference Statement | To be set after Interim Case Management Conference |
| Trial Setting Conference | To be set after Interim Case Management Conference |
| Designation of Opening Experts with Reports | To be set after Interim Case Management Conference |
| Designation of Rebuttal Experts with Reports | To be set after Interim Case Management Conference |
| Expert Discovery Cutoff | To be set after Interim Case Management Conference |
| Deadline(s) for Filing Discovery Motions | To be set after Interim Case Management Conference |
| Deadline for Filing Dispositive Motions | To be set after Interim Case Management Conference |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated: July 21, 2020

_____
EDWARD J. DAVILA
United States District Judge

---

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.