UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JADOO TV, INC., <br><br> Defendant. | Case No. 18-cv-05214-EJD (VKD) <br><br> **ORDER RE PENDING DISCOVERY DISPUTES** <br><br> Re: Dkt. Nos. 67, 68 |

The Court has received plaintiffs' unilateral discovery dispute letters (Dkt. Nos. 67 and 68) and defendant's response them (Dkt. Nos. 70, 71). The parties are ordered to confer further regarding their disputes. They must *jointly* file a status report no later than **April 2, 2021** regarding which disputes, if any, remain unresolved. The status report may not include argument.

The Court will hear these discovery disputes (or whatever remains of them) on **April 6, 2021 at 10:00 am.**

**IT IS SO ORDERED.**

Dated: March 24, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge