UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JADOO TV, INC.,<br><br>Defendant. | Case No. 18-cv-05214-EJD (VKD)<br><br>**ORDER RE MARCH 19, 2021 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 65 |

Plaintiffs DISH Technologies LLC and Sling TV LLC and defendant JadooTV, Inc. ask the Court to resolve their dispute concerning plaintiffs' request for four categories of information that plaintiffs contend will permit them to understand the post-complaint operations of the accused product. Dkt. No. 65. For the reasons stated on the record during the hearing on March 30, 2021, the Court orders the parties to confer regarding the following matters:

1. Whether the disabling source code "patch" to which JadooTV refers, if applied, will be effective in disabling the accused ABS technology. The Court expects JadooTV to provide information regarding how the "patch" code compares to the pre-existing code, and to respond to plaintiffs' other reasonable inquiries for additional information.

2. Whether there exists evidence in JadooTV's possession, custody or control showing that its "content providers . . . turn[ed] off ABS technology . . . as soon as [JadooTV] was alerted to a potential patent infringement." *See* Dkt. No. 65 at 5.

3. Whether there are any other means for plaintiffs to verify that JadooTV has ceased to use the accused ABS functionality without the need for JadooTV to provide its encryption keys and server passwords.

The parties shall submit a status report on their efforts to resolve this dispute by **April 13, 2021**.

**IT IS SO ORDERED.**

Dated: March 30, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge