UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JADOO TV, INC.,<br><br>Defendant. | Case No. 18-cv-05214-EJD (VKD)<br><br>**SECOND ORDER RE MARCH 19, 2021 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 65 |

The Court has reviewed the parties' report regarding the status of their dispute concerning discovery of the post-complaint operations of the accused product. *See* Dkt. Nos. 65, 89. In view of that report, the Court orders as follows:

JadooTV must produce to plaintiffs documents sufficient to show that its content providers turned off the accused ABS technology after JadooTV was alerted to potential patent infringement. The parties appear to agree that JadooTV may satisfy this obligation by producing "manifest files" (*see* Dkt. No. 87 at 8:22-9:1, 15:9-23) or making those files available for inspection by plaintiffs. Accordingly, JadooTV must provide plaintiffs with *effective access* to the manifest files no later than **April 23, 2021**. If JadooTV fails to comply with this obligation, then upon plaintiffs' request, the Court will consider recommending to the presiding judge that an adverse inference be drawn against JadooTV and in favor of plaintiffs on the question of whether use of the accused ABS technology continued post-complaint.

On **April 23, 2021**, the parties shall jointly report to the Court on the status of their efforts

to resolve all of the outstanding issues described in their April 13, 2021 status report.

**IT IS SO ORDERED.**

Dated: April 15, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge